# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| SAMUEL BETANCOURT, | : | No. 723 MAL 2016 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth Court |
| v. | : | |
| | : | |
| | : | |
| | : | |
| WORKERS' COMPENSATION APPEAL | : | |
| BOARD (EXEL, INC., NEW HAMPSHIRE | : | |
| INSURANCE COMPANY AND | : | |
| SEDGWICK CMS), | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 13th day of March, 2017, the Petition for Allowance of Appeal is **DENIED**.